# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2018

## NO. 03-17-00352-CV

**Appellants, Vista Medical Center Hospital;
Vista Healthcare, Inc.; and Surgery Specialty Hospital, Inc.//
Cross-Appellant, State Office of Risk Management**

**v.**

**Appellee, State Office of Risk Management//
Cross-Appellees, Vista Medical Center Hospital;
Vista Healthcare, Inc.; and Surgery Specialty Hospital, Inc.**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
MODIFIED, AND AS MODIFIED, AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the final judgment rendered by the district court on February 28, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was error in the final judgment. The Court therefore modifies the district court's final judgment to award appellants/cross-appellees Vista Medical Center Hospital; Vista Healthcare, Inc.; and Surgery Specialty Hospital, Inc., prejudgment interest pursuant to Section 413.019 of the Texas Labor Code. We affirm the final judgment as so modified. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.